UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:22-cv-14039-AMC

HOWARD COHAN,

    Plaintiff,

vs.

LUXURY HOTELS GROUP FLORIDA INC.,
d/b/a SPRINGHILL SUITES BY MARRIOTT,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, LUXURY HOTELS GROUP FLORIDA INC., d/b/a SPRINGHILL SUITES BY MARRIOTT ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 1st day of April, 2022.

| | |
|---|---|
| BY: _/s/ Jason S. Weiss_____ | BY: _/s/ Matthew G. Krause_____ |
| Jason S. Weiss | MATTHEW G. KRAUSE, ESQ. |
| Jason@jswlawyer.com | Florida Bar No. 844225 |
| Florida Bar No. 356890 | **LUKS, SANTANIELLO,** |
| **WEISS LAW GROUP, P.A.** | **PETRILLO COHEN &** |
| 5531 N. University Drive, Suite 103 | **PETERFRIEND** |
| Coral Springs, FL 33067 | 110 S.E. 6th Street, 20th Floor |
| Tel: (954) 573-2800 | Fort Lauderdale, FL 33301 |
| Fax: (954) 573-2798 | Tel: 954/766-9900 Fax: 954/766-9940 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |